77,853-02

7-27-15
RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 31 2015

Abel Acosta, Clerk

Clerk: Abel Acosta

I am writting to you requesting
a copy of a dock sheet and the status
of my writ of Habeas Corpus I filed
with this court

AARon REEd
Trial Court No
1W00-00199-W(A)
WR - 77,853-02

Thank you
Aaron Reed 1009528